# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:  James Edward Phillippi
Glenda Phillippi                                          Case Number:    10-22000
11695 Warsaw Rd
Glencoe, KY  41046

## INITIAL LETTER TO DEBTORS

### NOTICE OF FILING

Notice is hereby given that the Trustee has mailed the attached Initial Letter to the Debtors on the date indicated below.

### CERTIFICATE OF SERVICE

I hereby certify that this Notice of Filing was served upon the Debtors by mail to the addresses indicated below, and to counsel for the Debtors via ECF, on 7/26/2010.

James Edward Phillippi                              PRO SE
Glenda Phillippi                                         PRO SE
11695 Warsaw Rd                                       ,
Glencoe, KY  41046

Chapter 13 Trustee

P O Box 2204

Lexington, Ky  40588-2204

---

Phone:  (859) 233-1527                                                              E-mail:  questions@ch13edky.com

IMPORTANT!  READ AND KEEP THIS PAPER!

IN RE:
James Edward Phillippi
Glenda Phillippi                                                              Case Number:    10-22000
11695 Warsaw Rd
Glencoe, KY  41046

**PAYMENTS**

1. Monthly payments to the Trustee are currently are:  **The Trustees office has not received a copy of your Chapter 13 plan as of the date of this letter.  Please contact your attorney immediately for your monthly payment amount.**

2. Your first payment is due on or before:  08/22/2010 regardless of when your plan was filed.

3. Mail your personal check, money order, or cashier's check (NOT cash) to:

   **Chapter 13 Trustee, EDKY**
   **PO Box 1766**
   **Memphis  TN  38101-1766**

4. Write your **CASE NUMBER AND YOUR NAME** on every check, money order or cashier's check          and on any correspondence.

5. We cannot accept any form of payment in our office or at any hearing.

6. If you want your Chapter 13 plan payments taken directly from your paycheck by PAYROLL DEDUCTION, contact us with the exact name and address of your Employer.  Payroll deductions should being within 3-4 weeks. You must make your plan payment directly to the trustee until it          comes out of your paycheck.

7. If you want your plan payment taken from your bank account by AUTOMATIC BANK DRAFT, you will receive the necessary forms at your Meeting of Creditors.  You must make your plan payment directly to the trustee until the bank draft is set up.

8. The Trustee is not allowed to excuse you from making plan payments or give you permission to make late payments, no matter what the reason is.  If an emergency will cause you to miss a payment,          contact your attorney, not the Trustee's office.

9. If two checks or bank drafts are returned for any reason (such as NSF), you will be required to make          plan payments by cashier's check or money order.

10. If at any time while you are in chapter 13 you miss a total of two times your monthly payment amount, the Trustee must file a motion to dismiss your case.  Contact your attorney if you receive a motion to

dismiss.

**\*\*OTHER IMPORTANT INFORMATION\*\***

1. Call your attorney now to find out if you are supposed to make direct payments to any creditors (sometimes called payments "outside the plan").  If so, you must make those payments on time and they are in addition to your chapter 13 plan payment. Usually you must make your home mortgage payment directly to the mortgage company.  Call your attorney if the mortgage company does not accept your payment.

2. Bring a photo ID and proof of your social security number to your first court hearing (the Meeting of creditors).  Call your attorney if you have questions about this.

3. You can access your account information at www.13datacenter.com.  We will also mail a Case Summary to you in January of each year.  Review this information carefully.  It will show you:  (A) payments we have received from you; (B) claims filed by creditors in your case; and (C) payments we have made to those creditors.  If you disagree with anything, contact your attorney.

4. Do not sell, give away, or get rid of any of your property or possessions while in bankruptcy without first getting approval from the Bankruptcy Court.  Contact your attorney regarding this matter.

5. Do not buy anything on credit, borrow any money, or refinance an existing loan (including your mortgage) without the permission of the Bankruptcy Court.  Contact your attorney regarding this matter.

6. You are permitted to make extra plan payments to pay off your chapter 13 case early if you wish.  However, certain lump sum payments must be paid to the trustee in addition to regular plan payments and cannot be used for an early payoff.  Contact your attorney if you receive money from a lawsuit (or settlement before a lawsuit is filed), sale of property, inheritance, or lottery winnings.

7. If you move, make sure you give your new address to the trustee's office, your attorney, and the Bankruptcy Court.

8. Call your attorney with any questions about your Chapter 13 case.  The Trustee's Office cannot give you legal advice.