IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| IN RE:  JAMES E. PHILLIPPI<br>        GLENDA PHILLIPPI | ) Chapter: 13<br>) Bankruptcy No: 10-22000<br>) **REQUEST FOR NOTICE** |

     Comes now the United States of America, acting through Rural Development, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Development, at the following address:

               United States Department of Agriculture
               Centralized Servicing Center
               PO Box 66879
               St. Louis, MO  63166


               UNITED STATES OF AMERICA
               United States Department of Agriculture
               Rural Development


Date:  07/27/10               *William E. McClain*
                                           WILLIAM E. McCLAIN
                                           Bankruptcy Processor
                                           Centralized Servicing Center - USDA
                                           1-800-349-5097 ext. 5414

| United States Department of Agriculture |  | Rural Development | Rural Housing Service | Centralized Servicing Center | 1520 Market Street St. Louis, MO 63103 |
|---|---|---|---|---|---|

July 27, 2010

JAMES & GLENDA PHILLIPPI--ACTING PRO SE
11695 WARSAW RD
GLENCOE, KY 41046

Dear Sir/Madam:

The Centralized Servicing Center, of Rural Development, (formerly Farmers Home Administration), has been notified that you represent *JAMES E. PHILLIPPI* (&) *GLENDA PHILLIPPI* who has/have filed a Chapter 13 Bankruptcy.

Please be advised that Rural Development holds a lien position Deed of Trust on the property at 11695 WARSAW ROAD, GLENCOE, KY 41046 and any notices or information concerning the bankruptcy account should be sent to:

> United States Department of Agriculture
> Centralized Servicing Center
> PO Box 66879
> St. Louis, MO 63166

Please feel free to contact the Bankruptcy Section at 1-800-349-5097 ext. 5414 if you have any questions or need additional information. Thank you for your cooperation in this matter.

Sincerely,

*William E. McClain*
WILLIAM E. McCLAIN
Bankruptcy Processor

USDA Rural Development is an Equal Opportunity Lender, Provider, and Employer. Complaints of discrimination should be sent to: USDA, Director, Office of Civil Rights, Washington, DC 20250-9410