UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

IN RE:                                                                                    CASE NO. 10-22000
JAMES EDWARD PHILLIPPI
GLENDA PHILLIPPI

DEBTOR(S)

**ORDER TO SHOW CAUSE**

An order was entered in this case on July 26, 2010 (doc. #9), directing the debtor(s) to File the Chapter 13 Plan and Certificate of Service of Chapter 13 Plan. For failure to comply with the order of the court, the debtor(s) is directed to show cause before the court at 10:00 a.m. on September 14, 2010, at U.S. Bankruptcy Courtroom, 35 W. 5th St., Covington, Kentucky, as to why this case should not be dismissed for unreasonable delay by the debtor(s) that is detrimental to creditors.

Copies to:
Debtor(s)
Attorney for Debtor(s)
Trustee
US Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, August 16, 2010**
**(tnw)**