UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                                                  CASE NO. 10-22000
JAMES EDWARD PHILLIPPI
GLENDA PHILLIPPI

DEBTOR(S)

**ORDER**

On the court's own motion, IT IS HEREBY ORDERED that the order scheduling show cause hearing (Document #17) is REMANDED, and the show cause hearing scheduled for September 14, 2010 is STRICKEN from the court's docket.

Copies to:

Debtor(s)
Attorney for Debtor(s)
Trustee
US Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Monday, August 23, 2010
(tnw)**