# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:   James Edward Phillippi
        Glenda Phillippi                                     Case Number:   10-22000
        Debtors

## OBJECTION TO CLAIMED EXEMPTION

     Comes the Chapter 13 Trustee and objects to the exemption claimed by the Debtors under KRS 427.427.010, 427.060 on the basis that:

     The exemption amounts are overclaimed.

     WHEREFORE, the Trustee moves the Court to deny the Debtors their claimed exemption.

### CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 9/10/2010.

### NOTICE AND OPPORTUNITY FOR HEARING

     Unles a response is filed and a hearing before the Court is requested within twenty-eight (28) days of service of this Objection to Claimed Exemption, an Order Sustaining Objection to Claimed Exemption will be entered by the Court.

/s/   Beverly M. Burden
Beverly Burden, Trustee
P O Box 2204
Lexington, KY  40588-2204
(859) 233-1527

Copies to:

    James Edward Phillippi                              PRO SE
    Glenda Phillippi                                        PRO SE
    11695 Warsaw Rd                               ,
    Glencoe, KY  41046