# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

IN RE:   James Edward Phillippi
Glenda Phillippi                                Case Number:   10-22000
Debtors

## ORDER SUSTAINING OBJECTION
## TO CLAIMED EXEMPTION

No response and request for hearing or amendment to Schedule C having been filed, the Court finds:

The Trustee's Objection to Claimed Exemption under KRS 427.427.010 and 427.060 is hereby SUSTAINED.  The exemption will be DISALLOWED.

Copies to:

James Edward Phillippi                                   PRO SE
Glenda Phillippi                                         PRO SE
11695 Warsaw Rd                                          ,
Glencoe, KY  41046

Pursuant to Local Rule 9022-1(c), Beverly M. Burden shall cause a copy
of this order to be served on each of the parties designated to receive this order
pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of
service of the order upon such parties within fourteen (14) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

***The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.***



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Monday, October 18, 2010
(tnw)**