# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:    James Edward Phillippi
Glenda Phillippi                                                   Case Number:    10-22000
Debtors

## NOTICE OF RESCHEDULED TRUSTEE CONFIRMATION

### NOTICE OF HEARING

Notice is hereby given that the Chapter 13 Trustee Confirmation, previously set, is rescheduled to 1/11/2010 at 1:30:00PM in the United States Courthouse, 35 West 5th Street, First Floor, #178, Covington, KY 41011.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 10/19/2010.

/s/   Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204

James Edward Phillippi                                             PRO SE
Glenda Phillippi                                                   PRO SE
11695 Warsaw Rd                                                    ,
Glencoe, KY  41046

UNITED STATES DEPT OF AGRICULTURE
CENTRALIZED SERVICING CENTER
P O BOX 66879
ST. LOUIS, MO  63166