**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

JAMES EDWARD AND GLENDA PHILLIPPI

DEBTOR(S)                                                             CASE NO.:    10-22000

**WITHDRAWAL OF DOCKET ENTRY # 24, MEETING OF CREDITORS HELD**

**CERTIFICATION OF SERVICE**

It is hereby certified that a true copy of the foregoing was mailed and/or electronically served on October 19, 2010 to the persons and addresses indicated.

**WITHDRAWAL OF DOCKET ENTRY**

The Trustee hereby withdraws the docket entry # 24-Meeting of Creditors Held. The Meeting of Creditors *was not* held, and was entered as "held" in error.

/s/Beverly Burden
BEVERLY M. BURDEN, TRUSTEE
P O Box 2204
Lexington, Kentucky  40595-2204

Cc:

James and Glenda Phillippi, debtors